IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS J. STEWART,

      Plaintiff,

vs.                                     CASE NO.: 5:07cv175-SPM/WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

_____/

## **ORDER**

      THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated February 19, 2008 (doc. 19). Each party has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

      Accordingly, it is hereby ORDERED as follows:

      1.      The magistrate judge's report and recommendation (doc. 19) is adopted and incorporated by reference in this order.

      2.      The decision of the Commissioner to deny Plaintiff's application for

Social Security benefits is reversed and the Commissioner is ordered to grant

Plaintiff's application for supplemental security income benefits.

DONE AND ORDERED this 10th day of April, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge